# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>EMPRESAS MARTINEZ INVESTIGACIONES Y POLICIA PRIVADA, INC.<br>DEBTOR<br><br>EMPRESAS MARTINEZ INVESTIGACIONES Y POLICIA PRIVADA, INC.<br><br>PLAINTIFFS<br><br>VS.<br><br>POLICIA DE PUERTO RICO; ESTADO LIBRE ASOCIADO DE PUERTO RICO; SECRETARIO DE JUSTICIA<br>DEFENDANTS | CASE NO. 10-07460 BKT<br><br>Chapter 11<br><br><br><br>ADV. NO.: 10-161<br><br><br><br><br><br>FILED & ENTERED ON 10/01/2010 |

## ORDER

The Plaintiff's Urgent Motion for a Temporary Restraining Order filed on 10/1/2010 [Dkt. No. 2] is DENIED. The motion filed is devoid of the proper legal authority in order to justify the relief requested. In addition, the motion appears to be procedurally defective, and there is a question whether there was proper service upon government entities.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 01 day of October, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC: ALL CREDITORS